**390**

503 P.2d 1168

Raymond L. BACHICHA, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9567.

Supreme Court of New Mexico.

Oct. 24, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 937, 84 N.M. 395, 503 P.2d 1173 be and the same is hereby returned to the Clerk of the Court of Appeals.

503 P.2d 1168

James David SNOW, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9581.

Supreme Court of New Mexico.

Nov. 28, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 897, 84 N.M. 399, 503 P.2d 1177 be and the same is hereby returned to the Clerk of the Court of Appeals.

503 P.2d 1168

BATES LUMBER COMPANY, INC.,
Petitioner,

v.

Colleen P. BAUER, as personal representative of Curtis R. Bauer, deceased, and as Administratrix of the Estate of said Decedent, Respondent.

No. 9590.

Supreme Court of New Mexico.

Nov. 30, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 913, 84 N.M. 391, 503 P.2d 1169 be and the same is hereby returned to the Clerk of the Court of Appeals.